No. 79–5962. VINCENT v. TEXAS. Appeal from Ct. Crim. App. Tex. Motion of appellant for leave to proceed *in forma pauperis* granted. Further consideration of question of jurisdiction postponed to hearing of case on the merits. Reported below: 586 S. W. 2d 880.

No. 79–621. ARIZONA v. MANYPENNY. C. A. 9th Cir. Certiorari granted. Reported below: 608 F. 2d 1197.

No. 79–1128. MONTANA ET AL. v. UNITED STATES ET AL. C. A. 9th Cir. Certiorari granted.

No. 79–1013. RUBIN v. UNITED STATES. C. A. 2d Cir. Certiorari granted limited to Question 1 presented by the petition.

No. 79–5688. HUDSON v. LOUISIANA. Sup. Ct. La. Motion of petitioner for leave to proceed *in forma pauperis* and certiorari granted.

No. 78–6320. PEARSON v. ILLINOIS. App. Ct. Ill., 1st Dist. Certiorari denied.

No. 78–6374. FLETCHER v. UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 79–862. FOSTER v. PEARCY. Sup. Ct. Ind. Certiorari denied.

No. 79–885. SHERMAN v. MARYLAND. Ct. Sp. App. Md. Certiorari denied.